# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY E. PRICE | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 19-1590 |
| v. | : | |
| | : | |
| COMMONWEALTH CHARTER | : | |
| ACADEMY - CYBER | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 24th day of March 2020, upon consideration of Defendant's *motion to dismiss*, [ECF 6], Plaintiff's *pro se* response in partial opposition thereto, [ECF 8], and the allegations in the complaint, [ECF 2], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED**. Accordingly, all claims asserted in Plaintiff's complaint against Defendant are **DISMISSED**.[1] The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*

---

[1] The claims pertaining to J.H. are dismissed with Plaintiff's consent; and the claims pertaining to T.R. are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).